2026 CRWSLD 003016

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

COMPLAINT

DCTN:
Lockup No.:
Case No.:

District of Columbia ss:

Defendant's Name: Tiffany Barker (First) (MI) (Last) 750262 (PDID) 26160022 (CCNO) 12/22/1985 (DOB)

Also Known As: Tiffany Nichole Barker (First) (Middle) (Last)

rev SMW Address: ~~135 WEST 238TH, BRONX, NY 10463~~ 1345 S. Capitol St SW Apt 502 Washington DC 20003

**Count 1.** On or about November 6, 2026, within the District of Columbia, Tiffany Barker, also known as Tiffany Nichole Barker, a parent, and/or person acting pursuant to directions from the parent, did intentionally conceal male child with initials A.T., a child under the age of 16, from his other parent, Angelo Thompson Sr., and took male child with initials A.T. to a place outside the District of Columbia and/or detained and/or concealed the child outside the District of Columbia, and male child with initials A.T. was outside the custody of the lawful custodian for not more than 30 days, and defendant did not release the child without injury in a safe place prior to arrest.

(Parental Kidnapping, in violation of D.C. Code § 16-1022(a); 16-1024(b)(1))

Emmanuel Hardy
Affiant's Name

Subscribed and sworn to before me this 7th day of November, 2026

[signature]
(Judge) (Deputy Clerk)
Judge Wellner

WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for Tiffany Barker

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith ~~to answer said charge~~.

Issued November 7, 2026

[signature]
Judge - Superior Court of the District of Columbia
Wellner

Title 16: ☐

| | | | |
|---|---|---|---|
| Sex: Female | DOB: 12/22/1985 | CCN: 26160022 | PDID: 750262 |
| Papering Officer: | | | Badge No.: |

OFFICER MUST EXECUTE RETURN

| | | | |
|---|---|---|---|
| Officer's Name: Weiss 31179 | Date/Time: 11/12/26 @ 1240 | | |
| AUSA Signature: | CF1 ☐ | CF2 ☐ | CF3 ☐ |
| | FD1 ☐ | FD2 ☐ | FD3 ☐ |